**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FT. MYERS DIVISION**

In The Matter Of:

THE COMPLAINT OF PARADISE
PARASAIL, INC. AS OWNER OF THE
VESSEL WITH THE HULL
IDENTIFICATION NUMBER                                   CASE NO. 2:11-CV-319-FtM-36SPC
AIRO1427F000, Its Engines, Tackle,
Appurtenances, Equipment, Etc., IN A
CAUSE OF EXONERATION FROM OR
LIMITATION OF LIABILITY,
_____/

**ORDER**

**THIS CAUSE** came on for consideration upon the Report and Recommendation filed by United States Magistrate Judge Sheri Polster Chappell on June 27, 2011 (Dkt. 11), recommending that the Court approve Petitioner's Motion to Approve *Ad Interim* Stipulation for Costs and Value, Directing Issuance of Notice and Restraining Suits (Dkt. 4). The Court notes that no objections to the Report and Recommendation were filed, and the time to do so has expired.

After careful consideration of the Report and Recommendation of the Magistrate Judge, in conjunction with an independent examination of the court file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved as outlined below.

Accordingly, it is hereby, **ORDERED** and **ADJUDGED** as follows:

1)     The Report and Recommendation of the Magistrate Judge (Dkt. 11) is **ADOPTED**, **CONFIRMED**, and **APPROVED** as outlined below and is made a part of this Order for all purposes, including appellate review.

2)   Petitioner's Motion to Approve *Ad Interim* Stipulation for Costs and Value, Directing Issuance of Notice and Restraining Suits (Dkt. 4) is **GRANTED**.  A separate Order on Stipulation of Value, Monition and Injunction will be issued by the Court.

**DONE AND ORDERED** at Fort Myers, Florida, on September 6, 2011.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

COPIES TO:
UNITED STATES MAGISTRATE JUDGE SHERI P. CHAPPELL
COUNSEL OF RECORD