UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

IN RE: THE COMPLAINT OF
PARADISE PARASAIL, INC.   Case No:   2:11-cv-319-FtM-38UAM

## ORDER

This matter comes before the Court on the Parties' Stipulation of Voluntary Dismissal With Prejudice (Doc. #24) filed on October 8, 2013. The Parties, through their respective counsel, stipulate to the dismissal of this case with prejudice.

Fed. R. Civ. P. 41(a)(1) provides that an action may be dismissed by the plaintiff without order of the court by filing (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared. Here, parties to this litigation who have appeared have signed and consented to the stipulation.

Accordingly, it is now **ORDERED**:

(1) This matter is hereby **DISMISSED with prejudice** pursuant to the Parties' Stipulation of Voluntary Dismissal With Prejudice (Doc. #24), with each party to bear its own attorneys' fees and costs.

(2) The Clerk of the Court is directed to enter judgment accordingly, terminate any pending motions and deadlines, and **CLOSE** the file.

**DONE** and **ORDERED** in Fort Myers, Florida this 9th day of October, 2013.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record